IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE L. BLOXTON,

       Plaintiff,                    No. CIV S-06-0099 MCE GGH P

    vs.

E.J. CANTU, et al.,

       Defendants.           <u>ORDER</u>

/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On February 16, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Rayburn was returned unserved because "not enough info." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed January 17, 2006;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Rayburn;

    b. Two copies of the endorsed complaint filed January 17, 2006; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED:  6/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
blox0099.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE L. BLOXTON,

      Plaintiff,                   No. CIV S-06-0099 MCE GGH P

   vs.

E.J. CANTU, et al.,             NOTICE OF SUBMISSION

      Defendants.           OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _One_      completed summons form

     _One_      completed USM-285 form

     _Two_      copies of the _January 17, 2006_
                                           Complaint

DATED:

                                            _____
                                            Plaintiff